# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-744-688**

Effective date of registration:

October 22, 2014

---

## Title
- **Title of Work:** The Cobbler

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** Cobbler Nevada, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Cobbler Nevada, LLC
  116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay
- **Previous registration and year:** PAu003742177
- **New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification
- **Name:** Emilie Kennedy
- **Date:** October 19, 2014

# EXHIBIT B

The Cobbler 1-19(2).xls

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 69.243.189.167 | 4/23/15 04:07:38 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Downers Grove | DuPage |
| 2 | 73.208.63.239 | 4/23/15 02:26:17 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Round Lake | Lake |
| 3 | 24.15.87.247 | 4/23/15 02:05:16 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Wheaton | DuPage |
| 4 | 24.13.252.219 | 4/23/15 02:02:50 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | North Aurora | Kane |
| 5 | 67.184.49.225 | 4/23/15 01:59:27 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Northbrook | Cook |
| 6 | 50.179.181.211 | 4/23/15 01:46:20 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 50.158.161.117 | 4/23/15 01:42:28 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Carol Stream | DuPage |
| 8 | 76.16.26.68 | 4/23/15 01:18:03 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Chicago | Cook |
| 9 | 71.194.186.73 | 4/23/15 01:17:37 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Mchenry | McHenry |
| 10 | 71.57.111.145 | 4/23/15 01:13:48 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Rockford | Winnebago |
| 11 | 73.208.241.116 | 4/23/15 01:10:44 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Round Lake | Lake |
| 12 | 71.201.43.40 | 4/23/15 01:10:17 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Lockport | Will |
| 13 | 24.1.72.101 | 4/23/15 01:09:17 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Hinsdale | DuPage |
| 14 | 73.44.73.79 | 4/23/15 01:01:03 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 73.22.238.215 | 4/23/15 12:48:40 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Buffalo Grove | Lake |
| 16 | 67.162.99.68 | 4/23/15 12:39:56 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 98.213.180.23 | 4/23/15 12:28:03 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Chicago | Cook |
| 18 | 98.227.95.133 | 4/23/15 12:01:25 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Matteson | Cook |
| 19 | 73.44.164.74 | 4/23/15 12:01:08 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Illinois | Chicago | Cook |